**TRULL v. CENTRAL CAROLINA BANK & TRUST**

[347 N.C. 262 (1997)]

RANDOLPH H. TRULL v. CENTRAL CAROLINA BANK & TRUST; RICHARD H. CRONK, JR.; PLAYER I, a North Carolina General Partnership and KITTY PLAYER BECK

No. 524A96

(Filed 3 October 1997)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 124 N.C. App. 486, 478 S.E.2d 39 (1996), affirming an order entered by Cashwell, J., on 31 July 1995 in Superior Court, Wake County. On 6 March 1997 this Court allowed plaintiff's petition for discretionary review as to an additional issue. Heard in the Supreme Court 9 September 1997.

*Burns, Day & Presnell, P.A., by Lacy M. Presnell III and Susan F. Vick, for plaintiff-appellant.*

*H. Spencer Barrow and George B. Currin for defendant-appellee Central Carolina Bank & Trust.*

PER CURIAM.

The decision of the Court of Appeals is affirmed for the reasons stated in the majority opinion by Judge Eagles. We hold that plaintiff's petition for discretionary review as to an additional issue was improvidently allowed.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.